UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA   DIVISION

IN RE:                                           )

BIG ORANGE SANITATION
SERVICES, INC.                                   )

    Debtor.                                      No. 17-58598-BEM

                               )                                Chapter 11

**DEBTOR'S MOTION FOR EXPEDITED HEARING ON THE FOLLOWING
MOTION:**

(1)    DEBTOR'S APPLICATION TO PAY CLAIMS OF DEBTOR'S
EMPLOYEES FOR PRE-FILING WAGES;

COMES NOW Big Orange Sanitation Services, Inc., ("movant") through its counsel of record, and moves this Court for an expedited hearing pursuant to Rule 9013-4, Bankruptcy Local Rules for the Northern District of Georgia, and in support thereof shows this Court as follows:

1.

The debtor filed this Chapter 11 petition on May 12, 2017, and is operating as debtor in possession.

3.

After the petition date, the debtor filed the following motions/adversaries: application to employ Attorney [Doc. No. 13], Complaint to determine validity of lien of Richard Whitcomb Trust [Doc. No. 16], and Motion for Authority to pay employees their pre-petition wages [Doc. No. 11]. The debtor initially prepared but did not ultimately need to file motions concerning the utilities or to unfreeze bank accounts. Those matters were resolved without motion. Debtor's initially prepared motion to use cash collateral is obviated by the Complaint against the Whitcomb Trust, which claim debtor now believes is unsecured.

4.

The motion to pay employees must be heard on an expedited bases so as to pay employees to insure their continued, uninterrupted status and avoid disruption of debtor's business

WHEREFORE, Debtor respectfully requests that this Court issue an Order:

a)    Schedule an expedited hearing on the referenced motion; and

b)    Granting such other and further relief as is appropriate.

Respectfully submitted,

_____/s/_____
Michael Familetti
Attorney for Movant
142 S. Park Square

Marietta, GA 30060<br>
(770) 794-8005   GA Bar 254941

## CERTIFICATE OF SERVICE

I have this day served the following parties with a copy of the foregoing Motion, via first class mail, and otherwise as noted:

David Weidenbaum, Esq.
Attorney for US Trustee
75 Ted Turner Drive 362
Atlanta, GA 30303
(via ECF)

Mercedes-Benz Finance (Daimler)
P.O. Box 685
Roanoke, TX 76262
(via email to tim.perkins@daimler.com)

Ryen Isenberg, Esq.
Attorney for the Richard Whitcomb Trust
600 Embassy Row
Suite 150
6600 Peachtree Dunwoody Rd.
Atlanta, GA 30328
(via ECF)

(20 largest unsecured creditors)

_____/s/_____
Michael Familetti, May 24, 2017

Debtor name: Big Orange Sanitation Services, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 17-58598

☒ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Advanced Disposal<br>1897 Cobb Services Pkwy<br>Marietta, GA 30008 | | services | | | | 12,504 |
| 2 | AMCS Group<br>119 S. Fifth St.<br>Oxford, PA 19363 | | | | | | 13,073 |
| 3 | Action Tire<br>410 Lees Mill Rd.<br>Forest Park, GA 30297 | | tires | | | | 6,801 |
| 4 | Blue Cross<br>P.O. Box 6406<br>Carol Stream, IL 60197 | | Ins. | | | | 8,670 |
| 5 | Complete Lift Service<br>9579 Jackson Trail Rd.<br>Hoschton, GA 30548 | | | | | | 8,101 |
| 6 | Diversified Electronics<br>P.O. Boc 566<br>Forest Park, GA 30298 | | | | | | 1,451 |
| 7 | Proda Technology<br>3932 Atlanta Rd.<br>Smyrna, Ga 30080 | | | | | | 21,900 |
| 8 | Rehrig Pacific<br>1000 Raco Court<br>Lawrenceville, GA 30046 | | Containers - PMSI | | 104,000 | 20,000 | 84,000 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

Debtor _____    Case number (if known) ___17-58598___
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Tom Davis Properties<br>10904 Crabapple Court<br>Roswell, GA 30075 | | | | | | 20,000 |
| 10 | Boss Waste to Energy<br>4195 JVL Industrial Park Dr.<br>Marietta, GA 30066 | | | | | | 135,359 |
| 11 | Louise Dabezies<br>3012 Canton St.<br>New Orleans, LAe | | | | | | 4,000 |
| 12 | Zurich<br>P.O. Box660347<br>Dalls, TX 75266 | | Ins. | | | | 22,000 |
| 13 | Suntrust<br>P.O. Box 751290<br>Baltimore, MD 21279 | | Revolving | | | | 12,900 |
| 14 | Vertical Communication<br>1000 Holcomb Woods Pkwy 300<br>Atlanta GA 30076 | | | | | | 4,800 |
| 15 | PeachState Freightliner<br>6535 Crescent Dr.<br>Norcross, GA 30071 | | | | | | 3,011 |
| 16 | Carolina Environmental Systems<br>500 Lee Industrial Blvd<br>Austell, GA 30168 | | | | | | 1,868 |
| 17 | AccuAir<br>6175 Hickory Flat Highway<br>110<br>Canton, GA 30115 | | services | | | | 3,000 |
| 18 | Airgas<br>109 P. Rickman Industrial dr.<br>Holly springs, GA 30115 | | | | | | 6,074 |
| 19 | Dilmar Oil Co.<br>1951 W. Darlington St.<br>Florence, SC 29501 | | materials | | | | 4,809 |

| 20 | Smyrna Transfer Station<br>4696 South cobb Dr.<br>Smyrna, GA 30080 | | | | | | 1,000 |
|---|---|---|---|---|---|---|---|

Official Form 204　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　page 2